John L. Kinney, Appellant, v. John W. Kinney and Another, Respondents.— Judgment affirmed, with costs. All concurred, except Lambert, J., who dissented.

Cream of Wheat Company, Respondent, v. Daniel E. Knowlton, Appellant.— Judgment and order affirmed, with costs. All concurred.

Pasquale Bianchi and Another, Appellants, v. Nicolo Coliva, Respondent.— Judgment affirmed, with costs. All concurred.

Louise Hollstein, Appellant, v. The City of Buffalo, Respondent.— Judgment and order affirmed, with costs. All concurred.

Charles A. Brownell, Respondent, v. John G. Parsons, Appellant.— Judgment reversed and complaint dismissed, with costs in this court and in the County Court to the appellant. Held, that the six-year Statute of Limitations applies and that the cause of action was barred thereby. All concurred.

John Grass, Jr., by John M. Grass, His Guardian ad Litem, Appellant, v. International Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

John Griffin, Appellant, v. Charles H. Armsted and Others, Respondents.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. Held, assuming that the complaint is sufficient to show that the plaintiff is the owner of the notes and several chattel mortgages, or has such an interest therein as to permit him to bring the action (which is at least doubtful), it was improper to unite in one action the foreclosure of several chattel mortgages, given to secure different obligations, not covering the same chattels, some of which are claimed by one defendant and some by others. All concurred.

George W. Ling, Respondent, v. International Railway Company, Appellant.— Order of Special Term reversed and judgment of City Court reinstated, with costs to the appellant in this court and at Special Term. All concurred.

William P. Brown and Others, Appellants, v. William C. Walter, Respondent.— Judgment affirmed, with costs. All concurred.

. Frank D. Wood, Appellant, v. John B. Kiley, Respondent.— Judgment affirmed, with costs. All concurred.

Frederick Barsuch, Appellant, v. August Pfenninger and Another, Respondents.— Judgment affirmed, with costs. All concurred.

Thomas Potts, Respondent, v. Georgie Pardee, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., and Lambert, J., who dissented upon the ground that the evidence is insufficient to show that the defendant was responsible for the chauffeur's negligence.

Annie E. Campion, Respondent, v. William Kunz, Appellant.— Motion granted and appeal dismissed, with costs.

Hedley Swetman, Appellant, v. New York State Railways, Respondent. — Motion granted and appeal dismissed, with costs.

Rosa Flaitz, by Guardian, etc., Respondent, v. Elmira, Corning and Waverly Railway, Appellant.— Appeal dismissed, without costs, upon stipulation filed.